```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DOWNIE,

              Plaintiff,

- against -

WESTCHESTER COMMUNITY
COLLEGE, JIANPING WANG, and
JOSEPH HANKIN,

              Defendants.

09 Civ. 7383 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a telephone conference in this action on September 29, 2009 at 10:45 a.m. to discuss Defendants' proposed motion to transfer this action to White Plains pursuant to Rules 21 and 22 of the Rules for the Division of Business Amongst District Judges in the Southern District of New York. The parties are directed to initiate the call themselves and then call Chambers at 212-805-0224.

Dated:    New York, New York
           September 22, 2009

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge